# United States District Court
# For The Western District of North Carolina
# Statesville Division

DANNY KEITH THOMAS,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                          CASE NO. 5:08CV116-3-V

UNITED STATES OF AMERICA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 22, 2011, Order.

                                      Signed: August 22, 2011

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court